UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

RECEIVED
JAN 22 2020
U.S. District Court
Eastern District of MO

Tami~~ka Golden~~

Kandyse Gridiron

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Tamika Golden, St. Ann Police Dept. via North County Co-op

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Complaint for a Civil Case**

Case No.
*(to be assigned by Clerk of District Court)*

Plaintiff requests trial by jury:
☑ Yes ☐ No

## CIVIL COMPLAINT

NOTICE:

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the $400.00 filing fee or an application to proceed without prepaying fees or costs.*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kandyse Gridiron |
| Street Address | 1600 Castle Park Dr, apt 310 |
| City and County | St. Louis, Mo |
| State and Zip Code | Missouri, 63133 |
| Telephone Number | (414) 999-5130 |
| E-mail Address | N/A |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Tamika Golden |
| Job or Title | |
| Street Address | 3465 Parc Chateau |
| City and County | St. Louis, Florrissant |
| State and Zip Code | Missouri 63033 |
| Telephone Number | unknown |
| E-mail Address | N/A unk |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A. Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

5th + 14th Constitution Violations (Due Process)
Wrongful Death 28 USC 5001...
Police Negligence 34 U.S.C. sec. 1260

### B. Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

N/A

### C. Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

    1. The Plaintiff(s)

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

If the defendant is an individual

The defendant, *(name)* Tamika Golden, is a citizen of the State of *(name)* Missouri  Or is a citizen of *(foreign nation)* ———.

If the defendant is a corporation

The defendant, *(name)* ———.

is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____ Or

is incorporated under the laws of the State of *(foreign nation)*

_____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff is seeking justice and retribution for the wrongful death of her son, Robert Mills.

4

III. **Statement of Claim**

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you? My son's wife intentionally murdered him.
2. When did it happen? 5-28-2018
3. Where did it happen? 3729 Beachwood, St. Louis, Mo.
4. What injuries did you suffer? Death of Son caused depression/~~and~~ anxiety
5. What did each defendant personally do, or fail to do, to harm you?

1) My son's wife killed my son.
2) Police failed to conduct proper investigation, and prosecute her.

IV. **Relief**

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

※ I want justice for my son's wrongful death.

5

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒   No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒   No ☐

Do you claim punitive monetary damages?

Yes ☒   No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

I believe the defendant should be charged and convicted for my son's death. I believe I am owed sustantial amount of money for my pain and suffering and loss enjoyment of life.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _22_ day of _1_____, 20 _22_.

Signature of Plaintiff(s) _Kandyce Gridiron_

In The U.S. (Federal) Court In AND For Eastern

U.S. Dist (Court) — Missouri —

CASE# _____

Kanclyse C. Gridiron
and family

Vs

State of Missouri

Civil Suit:
Federal Tort —
Claim, Injunction
and Investigation

"Pro-Se"

NOTE
* We Would like to Proceed in forma Pauperis!

Plaintiffs
Kanclyse Gridiron —
1600 Castle Park dr - #310
St. Louis, Mo, 63133
" Zyon Mills
Edward A. Campbell Jr
Phn #'s 414-999-5130 or
314-480-0326 Alt 314 578-7523

DEFENDANTS

TAMEKA (GOLDEN) MILLS   3465 Parc Choteau

Freddie May Golden 3465 Parc Choteau
Normandy, Missouri

Tom Dickmyer - Clayton County Courthouse

Tim Swoods - Clayton County Courthouse

North County Co-Op, Pinelawn Police Department

Prosecuting attorney Wesley Bell and Prosecutor, (on case) before Wesley Bell - Crime Scene-Lab Techn

Topic - Incident

on 5-28-18

Robert DARNELL MILLS was coldbloodedly murdered by Tameka "Golden" Mills AT 3921 or 3927 Beachwood

It was memorial day, Tameka left the scene and called her MOTHER Before calling Police her mother, then called Law enforcement - Time stalled!, he got no help - giving her time to get her story together. Tameka was questioned for 3 hours and let go! To this day my family haven't reieved an autopsy, details of crime scene nor a police-report. Police in this case have been very evasive, disrespectful and bias. Our deseased loveone as well as our constitutional rights have been violated! Clayton Prosecutors & N. County Police violated us by Indulging in corruption & covering up for a murderer which infringed our 6th, 8th, 11th & Most of All 14th Amendment.

In this case everything was tainted-hid-destroyed and over looked, all of the original Professional was taking off of the case, his date of Death was hid (changed) to 5-29-18. We went through the chain of command to express our grievance and disatisfaction, we've been avoided & lied to! We wanna view all evidence, We want Tomika charged & Indicted, we want a deposition, We want a apology-answers- We're suing for $14 million dollars, Robert was 28 and was expected to live 28 more yrs, thats $500,000 for each yrs his D.O.B. was 8-23-89 Robert was a great husband

brother, son, father. He deserve
justice. We want this case to
recieve due-Traditional Process
that complies with federal
Law Code & Statue of 2020.
We want some courtdates
set! We wanna know why when
the corridor declared it a
homicide (why) In wasn't sent
to Warrant Div, Dective Runji
wanted to lock her up but
Prosecutors wouldn't comply.
Edward A. Campbell Jr. 1-4-2020
18720 250th Ave Bellevue, IA 50 52031
or 750 Charlotte St, DAV, IA
52803

To be Emailed Screenshot or Personally Delivered!

RECORDS REQUEST FORM

Below is sample language for a Sunshine request to obtain records from Missouri public governmental bodies. The Mother & family of Robert want details - Answers - Proof!

[Insert name and address of officially designated custodian of records]
Clayton Prosecutor - COURTHOUSE : Pinelawn - N. County Co-op P.D.

This is a request for records under the Missouri Sunshine Law, Chapter 610, Revised Statutes of Missouri. Police Report & autopsy - Evidence of crimescene.

I request that you make available to me the following records: _____ (Describe the records as specifically as possible. Where you are asking for records that cover only a particular period, such as last year or a specific month, identify that time period) 5·28·18 or 5·29·18

Police Report: autopsy Detail of crime scene of Robert Mills 3921 Beachwood St.

If you know the subject matter of the records, but do not have additional information, use this alternative:

I request that you make available to me all records that relate to DEATH of (Be as specific as possible; include dates if you can) Robert D. Mills Jr D.O.B. 8·23·89 Luis, Mo

He was Killed by Timeka Golden

If you want and are willing to pay for copies of the records, rather than just being able to see them:

I request that the records responsive to my request be copied and sent to me at the following address: _____. 1600 Castle Park dr #310 St. Louis, Mo 63133

If you believe your request serves the public interest, and is not just for personal or commercial interest, you may ask that the fees be waived: The family want the fee waived

I request that all fees for locating and copying the records be waived. The information I obtain through this request will be used to SEEK Justice (Tell how you will use the information and why that use is in the public interest)

*NOTE what's the disposition of this case?

The Record should be free since Tamika Golden Mills is free

Please let me know in advance of any search or copying if the fees will exceed $ __5__ (Insert amount you are willing to pay without additional information about the documents)

If portions of the requested records are closed, please segregate the closed portions and provide me with the rest of the records. Nothing should be closed! - Unless corruption-hiding is taken place.

(Insert your name, address, phone number, or electronic mail address)

750 Charlotte
DAvenport, Ia
52803

or 18720 250th ave
Bellevue, IA 52031

Kandyse Gridiron 1600 Castle Park dr
#310
St. Louis, MO
63133

Edward a. Campbell Jr
Edward a. Campbell Jr
Brother of Robert mil'
Son of
Kandyse Gridiron

1•6•20